FILED

JAN 2 2 2024

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

AUGUSTIN TELLEZ,

Defendant.

Cause No.: DR: 23-CR-2146-AM-(2)

**STIPULATION OF FACTS**

The United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant U.S. Attorney, the Defendant, and Defense counsel hereby stipulate that if this matter were to proceed to trial, the United States would establish by legal and competent evidence the following facts beyond a reasonable doubt:

On July 28, 2023, a 2014 black Ford Escape and a Ford Sedan arrived at the United States Border Patrol ("BP") immigration checkpoint located on Highway 277 near Carrizo Springs, Texas, in the Western District of Texas. Defendant, Selena Benavides, was the driver of the Escape. A BP agent asked Benavides for consent to open the back hatch of her vehicle. Benavides provided voluntary consent to open the back hatch of the vehicle. The BP agent attempted to open the back hatch, but it was still locked. Benavides tried to open the back hatch again, but the back hatched remained locked. Benavides and her vehicle were referred to secondary inspection. At secondary inspection, Benavides opened the back hatch of the vehicle. Two individuals were hiding in the back hatch of the vehicle. One of the individuals attempted to abscond but was apprehended. A BP agent asked the other individual in the back hatch if he was allowed to be in the United States, and the individual stated that he was not allowed to be in the United States. BP

agents confirmed that the two individuals in the Escape who were not Benavides were citizens and nationals of Mexico without any legal authority or documentation to have entered or remain in the United States. One of the illegal aliens was identified as Cinar Sanchez-Ciseneros.

The sedan that was directly behind the Escape in primary inspection was also inspected. The driver of the sedan was Defendant, Augustin Tellez. A BP agent observed that the back seats of the sedan were folded down, which allowed the agent to see into the trunk. The BP agent observed multiple individuals trying to hide in the trunk of the sedan. Both individuals in the trunk of the vehicle, admitted that they were not legally in the United States. BP agents confirmed that the two individuals in the sedan, who were not Tellez, were citizens and nationals of foreign countries without any legal authority or documentation to have entered or remain in the United States.

Tellez was advised of his constitutional and statutory rights and warnings (*Miranda*) in a language he understood, which he knowingly and voluntarily waived, and agreed to speak to agents without an attorney present. Tellez stated that Benavides was his girlfriend. Tellez stated that Tellez and Benavides met some people at a gas station on Highway 277 in Eagle Pass. Tellez stated that he was assigned to drive the sedan. Tellez said when he got in the sedan, he saw that there were people already in the vehicle. Tellez said he knew the people in the vehicle were illegal aliens. Tellez said he knew the illegal aliens were in the trunk of the vehicle but said that there was an opening in the back seat for ventilation. Tellez said Benavides was driving the Escape which had illegal aliens concealed inside. Tellez said Tellez and Benavides were going to be paid $1,500 to transport the illegal aliens to San Antonio.

The illegal aliens were advised of their constitutional and statutory rights and warnings (*Miranda*) in a language they understood, which they knowingly and voluntarily waived, and

agreed to speak to agents without an attorney present. The illegal aliens stated that they were illegally present in the United States. They stated that they crossed the Rio Grand River to enter the United States with the help of a foot guide. They stated that they stayed at a house for a couple days before they were told to get in the vehicles that were driven by Tellez and Benavides.

Defendant, Augustin Tellez, now accepts responsibility and admits that Defendant on July 28, 2023, conspired to transport, and did transport, illegal aliens within the Western District of Texas, that he knew or recklessly disregarded the fact that the aliens being transported were illegally present in the United States, and that such transportation was in furtherance of the aliens' illegal entry, and this was done for commercial advantage and private financial gain. Defendant committed all the foregoing acts knowingly, intentionally, and voluntarily with a specific intent to violate the law in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) and 8 U.S.C. § 1324 (a)(1)(A)(ii) & (B)(i).

Respectfully submitted,

JAIME ESPARZA
United States Attorney

By: [signature] For
TYLER A. FLEMING
Assistant United States Attorney

I have carefully read and reviewed the entirety of this Stipulation of Fact, or it has been read to me (and if necessary, translated for me) and reviewed with me by my attorney. After careful consideration and discussion with my attorney, and fully understanding my rights with respect to the pending criminal charge(s), I knowingly and voluntarily agree the above Stipulation of Facts is true and accurate, and had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Signed this 22nd day of January, ~~2023~~. 2024

AUGUSTIN TELLEZ
Defendant

I am counsel for Defendant. I have fully explained to Defendant all of Defendant's rights with respect to the pending criminal charge(s). I have carefully reviewed this Stipulation of Fact in its entirety with Defendant and provided Defendant with my best professional advice. In my opinion, Defendant's decision to agree to this Stipulation of Fact made voluntarily, and with full knowledge of its obligations and consequences.

Signed this 22nd day of January, ~~2023~~. 2024

ROBERT GARZA
Defendant's Attorney

Adopted and approved this 22nd day of January, ~~2023~~. 2024

THE HONORABLE ~~JOSEPH CORDOVA~~ MATTHEW WATTERS
United States Magistrate Judge